## VILLAREAL v. STATE.
### No. 17650.

Court of Criminal Appeals of Texas.
June 12, 1935.

Horace H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder, punishment being assessed at fifteen years in the penitentiary.

The indictment is in proper form. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## FENNER v. STATE.
### No. 17637.

Court of Criminal Appeals of Texas.
June 12, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for rape; punishment assessed being seven years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment properly charges the offense. Nothing is presented for review.

The judgment is affirmed.